Lent against Edward F. Sheehan. No opinion. Order affirmed, with disbursements, on opinion in Lent v. Ryder (Sup.) 62 N. Y. Supp. 400.

LENT, Respondent, v. UNDERHILL, Appellant. (Supreme Court, Appellate Division. Second Department. January 30, 1900.) Action by Smith Lent against Abram S. Underhill. No opinion. Order affirmed, with disbursements, on opinion in Lent v. Ryder (Sup.) 62 N. Y. Supp. 400.

In re LOCKLIN et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) In the matter of the application of Josiah V. Locklin and others for an order restraining Michael J. Lee from unlawfully trafficking in liquors. No opinion. Order of the special term modified, by striking therefrom the provision as to costs, and, as thus modified, affirmed, without costs of this appeal to either party.

In re LOCKLIN et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) In the matter of the application of Josiah V. Locklin and others for an order restraining Fred D. Woolett from unlawfully trafficking in liquors. No opinion. Order of the special term modified, by striking therefrom the provision as to costs, and, as thus modified, affirmed, without costs of this appeal to either party.

LOEWENBERGER, Appellant, v. FRANK, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by August Loewenberger against Samuel Frank. F. Wiener, for appellant. G. Ryall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LOHOFF v. VILLAGE OF BROCKPORT. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Elizabeth Lohoff against the village of Brockport.

PER CURIAM. Plaintiff's exceptions sustained, and motion for a new trial granted, with costs to the plaintiff to abide the event. Held that the question of defendant's negligence and the absence of the plaintiff's contributory negligence should have been submitted to the jury.

LOWENBERGER v. FRANK. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by August Lowenberger against Samuel Frank. No opinion. Motion denied, with $10 costs.

LYMAN, Respondent, v. CITY TRUST & SAFE-DEPOSIT & SURETY CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Henry H. Lyman, as commissioner of excise, etc., against the City Trust & Safe-Deposit & Surety Company of Philadelphia, impleaded, etc. No opinion. Order affirmed, with costs.

LYMAN, Respondent, v. ERIE COUNTY ATHLETIC CLUB, Appellant. (Supreme Court, Appellate Division, Fourth Department.

February 6, 1900.) Action by Henry H. Lyman, as state commissioner, etc., against the Erie County Athletic Club. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified in accordance with the stipulation of attorneys. See 61 N. Y. Supp. 884.

McCARTY, Appellant, v. ALBANY COUNTY BANK, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Mary E. McCarty against the Albany County Bank. No opinion. Reargument ordered.

McCOBB v. CHRISTIANSON. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Ada McCobb against Simon Christianson. No opinion. Motion denied, with $10 costs. See 59 N. Y. Supp. 187; Id. 303; 61 N. Y. Supp. 1141.

McCONNELL et al., Appellants, v. VILLAGE OF NORTH TARRYTOWN, Respondent. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Action by Ira W. McConnell and another against the village of North Tarrytown. No opinion. Order affirmed, with $10 costs and disbursements.

McDONALD v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Grace McDonald, as administratrix, against the Metropolitan Street-Railway Company. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 817.

McKEE, Respondent, v. LAVERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1900.) Action by Adelia E. McKee against Ann Lavery, as executrix, etc. No opinion. In striking out the award of costs to the plaintiff, it was not the intention of the court to disallow her disbursements. Order resettled, so as to direct the modification of the judgment, "by striking therefrom the award of costs, but not the disbursements." See 58 N. Y. Supp. 990.

McLEAN, Appellant, v. F. E. McALLISTER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Donald McLean, as receiver, against the F. E. McAllister Company and others. A. Ritchie, for appellant. D. Thornton, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 57 N. Y. Supp. 1097.

MANAHAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by George H. Manahan against the New York Central & Hudson River Railroad Company. No opinion. Exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs.

MANN v. BENEDICT. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Phœbe M. Mann, an in-